IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY M. REICHERT,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:13-CV-1275
CRIM. NO. 2:12-CR-00095
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE KEMP

## ORDER

On October 23, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence be dismissed. ECF 41. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation*, ECF 41, is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

IT IS SO ORDERED.

12-9-2014

EDMUND A. SARGUS, JR.
United States District Judge